UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RE:   Civil / Criminal  No.   03cv12214

Title:   ROCHELLE MEYER V. PUTNAM INTERNATIONAL ET AL

# N O T I C E

Please take notice that the above-entitled case previously assigned to Judge **WOODLOCK** has been transferred to Judge **YOUNG** for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials **WGY**. In addition, please ensure that all future correspondence with the Clerk's Office has the proper case number **and** initials on the lower left hand corner of the envelope, as well as on the correspondence or pleading being filed.

Thank you for your cooperation in this matter.

TONY ANASTAS, CLERK

By:   /s/ Michelle Rynne
Deputy Clerk

Date: November 17, 2003

____   Please NOTE that the above case has been transferred to the Western Section in Springfield. All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

____   Please NOTE that the above case has been transferred to the Central Section in Worcester. All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:   Counsel, Systems Administrator

(transfer.ntc - 10/96)                                                                                           [ntccsasgn.]