

ROPES & GRAY LLP
ONE INTERNATIONAL PLACE    BOSTON, MA 02110-2624    617-951-7000    F 617-951-7050
BOSTON    NEW YORK    SAN FRANCISCO    WASHINGTON, DC

November 17, 2003

John D. Donovan, Jr.
617-951-7566
jdonovan@ropesgray.com

**BY HAND**

Mr. Tony Anastas, Clerk
United States District Court
One Courthouse Way
Boston, Massachusetts 02210

Re: *Meyer v. Putnam International Voyager Fund, Inc., et al,*
    Civil Action No. 03-cv-12214 (WGY)

Dear Mr. Anastas:

In connection with the removal of the above-captioned case to this Court from the Massachusetts Superior Court, we inadvertently neglected to note on the Civil Action Cover Sheet that this action may be related to other actions involving the Putnam funds within the meaning of Local Rule 40.1(E).

This action may be related to the following actions of which we are aware:

1. *Saunders v. Putnam American Government Income Fund*, et al, No. 03-cv-12086 (NG);

2. *Bulawsky v. Marsh & McClennan Companies, Inc., et al*, No. 03-cv-12094 (RGS);

3. *Troutman v. Putnam American Government Income Fund, et al*, No. 03-cv-12116 (RWZ);

4. *Jaffe v. Putnam American Government Income Fund, et al*, No. 03-12162 (RWZ);

5. *Zuber v. Putnam Investment Management, LLC*, No. 03-12175 (RCL);

6. *Gurno v. Putnam American Government Income Fund, et al*, No. 03-12196 (RWZ);

7. *Dubin v. Putnam Investment Management, LLC*, No. 03-12209 (RCL);

9306825_1

ROPES & GRAY LLP

Mr. Tony Anastas, Clerk — - 2 - — November 17, 2003

  8.  *Yameen v. Putnam Investment Management, LLC*, No. 03-12222 (RCL); and

  9.  *Hutto v. Putnam Europe Equity Fund, et al*, No. 03-12227 (RWZ).

All of these actions (including *Meyer*) are also related to at least fourteen (14) other actions involving the Putnam Funds filed in other jurisdictions, and are the subject of a petition filed by the defendants before the Judicial Panel on Multidistrict Litigation pursuant to 28 U.S.C. § 1407 *et seq.*

Very truly yours,

*[signature]*

John D. Donovan, Jr.

/ac

cc: All counsel

9306825_1