UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROCHELLE MEYER, ROTH IRA CUSTODIAN, On Behalf of Herself and Others Similarly Situated, | ) ) ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Civil Action No. 03 CV 12214 DPW |
| v. | ) | |
| | ) | |
| PUTNAM INTERNATIONAL VOYAGER FUND n/k/a PUTNAM INTERNATIONAL CAPITAL OPPORTUNITES FUND, PUTNAM EUROPE GROWTH FUND n/k/a PUTNAM EUROPE EQUITY FUND, PUTNAM INTERNATIONAL GROWTH FUND n/k/a INTERNATIONAL GORWTH FUND, PUTNAM GLOBAL EQUITY FUND, PUTNAM INVESTMENT MANAGEMENT TRUST, PUTNAM INVESTMENT MANAGEMENT LLC, MARSH & MCLENNAN CORP., INC., OMID KAMSHAD, and JUSTIN M. SCOTT, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| *Defendants.* | ) ) | |

## NOTICE OF FILING OF CERTIFIED COPIES OF STATE COURT RECORDS

Pursuant to Local Rule 81.1, the Putnam Defendants[1] hereby file certified copies of all records and proceedings in the state court and a certified copy of all docket entries in the state court.

See Exhibit A.

---

[1] The "Putnam Defendants" include Putnam International Voyager Fund n/k/a Putnam International Capital Opportunities Fund, Putnam Europe Growth Fund n/k/a Putnam Europe Equity Fund, Putnam International Growth Fund n/k/a International Growth Fund, Putnam Global Equity Fund, Putnam Investment Management Trust, Putnam Investment Management LLC, Marsh & McLennan Corp., Inc., Omid A. Kamshad and Justin M. Scott. The "Putnam Fund Defendants" include Putnam International Voyager Fund n/k/a Putnam International Capital Opportunities Fund, Putnam Europe Growth Fund n/k/a Putnam Europe Equity Fund, Putnam International Growth Fund n/k/a International Growth Fund and Putnam Global Equity Fund. The "Putnam Management Defendants" include Putnam Investment Management Trust, Putnam Investment Management LLC, Marsh & McLennan Corp., Inc., Omid A. Kamshad and Justin M. Scott.

Respectfully Submitted,

John D. Donovan, Jr. (BBO # 130950)
Richard D. Batchelder, Jr. (BBO # 556653)
ROPES & GRAY LLP
One International Place
Boston, MA  02110-2624
(617) 951 – 7000

*Counsel for the Putnam Fund Defendants*

Seth M. Schwartz
Betsy A. Hellman
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
Four Times Square
New York, NY  10036
(212) 735-3000

*Counsel for the Putnam Management Defendants*

John F. Sylvia
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY &
POPEO P.C.
One Financial Center
Boston, MA  02111
(617) 542 – 6000

*Counsel for Justin M. Scott*

John A.D. Gilmore (BBO # 193060)
PIPER RUDNICK LLP
One International Place, 21st Floor
Boston, MA 02110-2600
(617) 406-6000

*Counsel for Omid Kamsha*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 17, 2003, copies of the forgoing Notice of Filing of Certified Copies of State Court Records were served by Federal Express upon the following:

Norman Berman
Berman Devalerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA  02109

Frederic S. Fox
Joel B. Straus
Christine M. Fox
Kaplan Fox & Kilsheimer LLP
805 Third Avenue, 22nd Floor
New York, NY  10022

Laurence D. King
Kaplan Fox & Kilsheimer LLP
555 Montgomery Street, Suite 1501
San Francisco, CA  94111

Law Office of Kenneth A. Elan
217 Broadway, Suite 606
New York, NY  10007

James F. Dowden

9306749_1.DOC

MAS-20030912

Commonwealth of Massachusetts

11/12/2003

gue:n

SUFFOLK SUPERIOR COURT

04:18 PM

Case Summary

Civil Docket

## SUCV2003-05208
## Meyer v Putnam internatonal Voyager Fund nka et al

| File Date | 10/31/2003 | Status | Disposed: transfered to other court (dtrans) | | |
|---|---|---|---|---|---|
| Status Date | 11/12/2003 | Session | H - Civil H | | |
| Origin | 1 | Case Type | B99 - Misc tort | | |
| Lead Case | | Track | F | | |

| Service | 01/29/2004 | Answer | 03/29/2004 | Rule12/19/20 | 03/29/2004 |
|---|---|---|---|---|---|
| Rule 15 | 03/29/2004 | Discovery | 08/26/2004 | Rule 56 | 09/25/2004 |
| Final PTC | 10/25/2004 | Disposition | 12/24/2004 | Jury Trial | Yes |

### PARTIES

**Plaintiff**
Rochelle Meyer
Active 10/31/2003

**Private Counsel 040460**
Norman Berman
Berman DeValerio Pease Tavacco Burt &
Pucillo
1 Liberty Square
Boston, MA 02109
Phone: 617-542-8300
Fax: 617-542-1194
Active 11/06/2003 Notify

**Defendant**
Putnam internatonal Voyager Fund nka
Service pending 11/03/2003

**Private Counsel 130950**
John D Donovan Jr
Ropes & Gray
1 International Place
Boston, MA 02110-2624
Phone: 617-951-7000
Fax: 617-951-7050
Active 11/12/2003 Notify

**Alias plaintiff name**
Putnam Int'l Capital Opportunities Fund
Active 11/03/2003

*** See Attorney Information Above ***

**Defendant**
Putnam Europe Growth Fund nka
Service pending 11/03/2003

*** See Attorney Information Above ***

case01 232310 y y y y y

Page 1 of 4

MAS-20030912
guen

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

11/12/2003
04:18 PM

## SUCV2003-05208
## Meyer v Putnam internatonal Voyager Fund nka et al

| | |
|---|---|
| **Alias defendant name**<br>Putnam Europe Equity Fund<br>Active 11/03/2003 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam Int'l Growth Fund nka<br>Service pending 11/03/2003 | *** See Attorney Information Above *** |
| **Alias defendant name**<br>Int's Equity Fund<br>Active 11/03/2003 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam Global Equity Fund<br>Service pending 11/03/2003 | *** See Attorney Information Above *** |
| **Defendant**<br>Marsh & McLennan Companies Inc<br>Service pending 11/03/2003 | *** See Attorney Information Above ***<br>*** See Attorney Information Above *** |
| **Defendant**<br>Putnam Inbestment Mangement Trust<br>Service pending 11/03/2003 | *** See Attorney Information Above *** |

### SUCV2003-05208
### Meyer v Putnam internatonal Voyager Fund nka et al

| | |
|---|---|
| **Defendant**<br>Putnam Invesyment Management LLC<br>Service pending 11/03/2003 | |
| **Defendant**<br>Omid  Kamshad<br>Service pending 11/03/2003 | **Private Counsel 193060**<br>John A D Gilmore<br>Hill & Barlow<br>1 International Place<br>100 Oliver Street<br>Boston, MA 02110-2607<br>Phone: 617-406-6000<br>Fax: 617-406-6100<br>Active 11/12/2003 Notify |
| **Defendant**<br>Justin  Scott<br>Service pending 11/03/2003 | **Private Counsel 555581**<br>John Sylvia<br>Mintz Levin Cohn Ferris Glovsky & Popeo PC<br>1 Financial Center<br>39th floor<br>Boston, MA 02111<br>Phone: 617-542-6000<br>Fax: 617-542-2241<br>Active 11/12/2003 Notify |
| **Out-of-state attorney**<br>Seth M.  Schwartz<br>Four Times Square<br>New York, NY 10036<br>Phone: 212-735-300<br>Active 11/12/2003 Notify | |

| | | |
|---|---|---|
| **ENTRIES** | | |

| Date | Paper | Text |
|---|---|---|
| 10/31/2003 | 1.0 | Complaint |
| 10/31/2003 | ` | Origin 1, Type B99, Track F. |
| 10/31/2003 | 2.0 | Civil action cover sheet filed |
| 11/12/2003 | | Certified copy of petition for removal to U. S. Dist. Court of<br>Defts.Putnam INternational Voyager Fund n/k/a Putnam International<br>Capital Opportunities Fund, Putnam Europe  Growth Fund n/k/a Putnam<br>Europe Equity Fund, Putnam International Growth Fund n/k/a<br>International Equity Fund, Putnam Global Equity Fund, Putnam<br>Investment Management  Trust, Putnam Investment Management LLC, Marsh<br>& Mclennan Corp., Inc., Omid  Kamshad, and Justin M. Scott U. S.<br>Dist.#(03-CV-12214DPW). |
| 11/12/2003 | | Case REMOVED this date to US District Court of Massachusetts |

. HEREBY ATTEST AND CERTIFY ON

NOV. 13, 2003 , THAT THE

FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY:
ASSISTANT CLERK.