

ROPES & GRAY LLP
ONE INTERNATIONAL PLACE   BOSTON, MA 02110-2624   617-951-7000   F 617-951-7050
BOSTON   NEW YORK   SAN FRANCISCO   WASHINGTON, DC

November 26, 2003

Bryan R. Diederich
(617) 951-7042
bdiederich@ropesgray.com

**BY HAND**

Tony Anastas, Clerk
United States District Court
   for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re: *Meyer v. Putnam International Voyager Fund, et al.*, C.A. No. 03-12214 (~~DPW~~) WGY

Dear Mr. Anastas:

Pursuant to the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, please find enclosed for filing in the above-referenced matter two copies of the Motion of the Putnam Defendants for Transfer and Coordination or Consolidation Pursuant to 28 U.S.C. § 1407.

Kindly date stamp the extra copy and return it to the waiting courier.

I thank you in advance for your attention to this matter.

Sincerely yours,

Bryan R. Diederich

BRD:brd
Enclosures

9314034_7