IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROCHELLE MEYER, ROTH IRA CUSTODIAN, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PUTNAM INTERNATIONAL VOYAGER FUND n/k/a PUTNAM INTERNATIONAL CAPITAL OPPORTUNITIES FUND, PUTNAM EUROPE GROWTH FUND n/k/a PUTNAM EUROPE EQUITY FUND, PUTNAM INTERNATIONAL GROWTH FUND n/k/a INTERNATIONAL EQUITY FUND, PUTNAM GLOBAL EQUITY FUND, PUTNAM INVESTMENT MANAGEMENT TRUST, PUTNAM INVESTMENT MANAGEMENT LLC, MARSH & MCLENNAN CORP., INC., OMID KAMSHAD, and JUSTIN M. SCOTT,<br><br>Defendants. | Civil Action No. 03 CV 12214 (WGY) |

**STIPULATION AND [PROPOSED] ORDER**

It is hereby stipulated and agreed that the time within which all defendants shall have to answer, move, or otherwise respond to the complaint is enlarged to, and including, December 18, 2003.

ROPES & GRAY LLP

By: _John D. Donovan/BEP_

John D. Donovan
One International Place
Boston, Massachusetts 02110
(617) 951-7000
*Attorneys for the Putnam Fund Defendants*

BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO

By: _Norm Berman/BED_

Norman Berman
One Liberty Square
Boston, Massachusetts 02109
(617) 542-8300
*Attorneys for Plaintiffs*

SKADDEN ARPS SLATE MEAGHER &
FLOM LLP

By: *James R. Carroll/BED*

James R. Carroll
One Beacon Street
Boston, Massachusetts 02108
*Attorneys for the Putnam Management
Defendants*

PIPER RUDNICK LLP

By: *John A.D. Gilmore/BED*

John A.D. Gilmore
One International Place
Boston, Massachusetts 02110
(617) 406-6000
*Attorneys for Omid Kamshad*

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY and POPEO, P.C.

By: *John F. Sylvia/BED*

John F. Sylvia
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000
*Attorneys for Justin Smith*
WILKIE FARR & GALLAGHER LLP

By: *Stephen W. Greiner/BED*

Stephen W. Greiner
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000
*Attorneys for Marsh & McClennan Cos., Inc.*    SO ORDERED

*William A. Young*
, U.S.D.J.

Dec 3, 2003

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy
of the above document was served upon the
attorney of record for each party by mail/by hand.
Date: 11/26/03