# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2003 DEC 11  P 4: 29

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ROCHELLE MEYER, ROTH IRA CUSTODIAN, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PUTNAM INTERNATIONAL VOYAGER FUND n/k/a PUTNAM INTERNATIONAL CAPITAL OPPORTUNITIES FUND, PUTNAM EUROPE GROWTH FUND n/k/a PUTNAM EUROPE EQUITY FUND, PUTNAM INTERNATIONAL GROWTH FUND n/k/a INTERNATIONAL EQUITY FUND, PUTNAM GLOBAL EQUITY FUND, PUTNAM INVESTMENT MANAGEMENT TRUST, PUTNAM INVESTMENT MANAGEMENT LLC, MARSH & MCLENNAN CORP., INC., OMID KAMSHAD, and JUSTIN M. SCOTT,<br><br>Defendants. | Case Number: 03-12214 (WGY) |

## PLAINTIFF'S MOTION TO REMAND THIS ACTION TO THE SUFFOLK SUPERIOR COURT, DEPARTMENT OF THE TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS

For reasons stated in the accompanying Memorandum of Law, Plaintiff Rochelle Meyer hereby moves this Court for an Order remanding this action to the Suffolk Superior Court, Department of the Trial Court of Massachusetts.

### Rule 7.1(A)(2) CERTIFICATION

Plaintiff's counsel hereby certify that they conferred with defendant's counsel on December 10, 2003, and attempted in good faith to resolve or to narrow the issues. The parties were unable to narrow the issues or to eliminate the need for this motion.

WHEREFORE, Plaintiff requests that this court remand this action to the Suffolk Superior Court, Department of the Trial Court of Massachusetts.

Dated: December 11, 2003

Respectfully submitted

BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO

_____
Norman Berman, BBO #040460
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300
Fax: (617) 542-1194

KAPLAN FOX & KILSHEIMER LLP
Frederic S. Fox
Joel B. Strauss
Christine M. Fox
805 Third Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

KAPLAN FOX & KILSHEIMER LLP
Laurence D. King
555 Montgomery Street, Suite 1501
San Francisco, CA 94111
Tel: (415) 772-4700
Fax: (415) 772-4707

Law Office of Kenneth A. Elan
217 Broadway, Suite 606
New York, NY 10007
Tel: (212) 619-0261
Fax: (212) 385-2707

*Counsel for Plaintiff and the Proposed Class*

CERTIFICATE OF SERVICE
I hereby certify that on December 11, 2003 a true copy of the above document was served by mail/by hand upon the attorney of record for each other party per the attached service list.

_____

G:\Securities\Putnam\State (Meyer)\DraftPleadings\Pls Motion to Remand 12_11_03

SERVICE LIST

Norman Berman, Esq.
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300

Kenneth A. Elan, Esq.
**LAW OFFICE OF KENNETH A. ELAN**
217 Broadway, Suite 606
New York, NY 10007
Telephone: (212) 619-0261

Frederic S. Fox, Esq.
Joel B. Straus, Esq.
Christine M. Fox, Esq.
**KAPLAN FOX & KILSHEIMER LLP**
805 Third Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 687-1980

Laurence D. King, Esq.
**KAPLAN FOX & KILSHEIMER LLP**
555 Montgomery Street, Suite 1501
San Francisco, CA 94111
Telephone: (415) 772-4700


*Plaintiffs Counsel*

John F. Sylvia, Esq.
**MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, P.C.**
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000

*Counsel for Justin M. Scott*

John A.D. Gilmore, Esq.
**PIPER RUDNICK**
One International Place, 21st Floor
Bosotn, MA 02110-2600
Telephone: (617) 406-6000

*Counsel for Omid Kamsha*


John d. Donovan, Jr., Esq.
Richard D. Batchelder, Jr., Esq.
**ROPES & GRAY**
One International Place
Boston, MA 02110-2624
Telephone: (617) 951-7000

*Counsel for the Putnam Fund Defendants*


Seth M. Schwartz, Esq.
Betsy A. Hellman, Esq.
**SKADDEN, ARPS, SLATE,MEAGHER & FLOM**
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000

*Counsel for the Putnam Management Defendants*