# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>03-12214-WGY</u>

MEYER
Plaintiff

v.

PUTNAM
Defendant

<u>ORDER OF REMAND</u>

YOUNG,C.J.


In accordance with the Court's Order dated  Dec. 31, 2003 , the above-entitled action is hereby remanded to  the Superior Court sitting in and for the County of Suffolk..

By the Court,

/s/ Elizabeth Smith

_____

Deputy Clerk


January 6, 2004


To:  All Counsel