IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROCHELLE MEYER, ROTH IRA CUSTODIAN, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PUTNAM INTERNATIONAL VOYAGER FUND n/k/a PUTNAM INTERNATIONAL CAPITAL OPPORTUNITIES FUND, PUTNAM EUROPE GROWTH FUND n/k/a PUTNAM EUROPE EQUITY FUND, PUTNAM INTERNATIONAL GROWTH FUND n/k/a INTERNATIONAL EQUITY FUND, PUTNAM GLOBAL EQUITY FUND, PUTNAM INVESTMENT MANAGEMENT TRUST, PUTNAM INVESTMENT MANAGEMENT LLC, MARSH & MCLENNAN CORP., INC., OMID KAMSHAD, and JUSTIN M. SCOTT,<br><br>Defendants. | Civil Action No. 03 CV 12214 (WGY) |

## STIPULATION AND [PROPOSED] ORDER

It is hereby stipulated and agreed that the time within which all Defendants shall have to respond to the Plaintiff's Motion to Remand is enlarged to and including January 9, 2004. The Defendants will not oppose a motion by the Plaintiff seeking leave to file a reply to the Defendants' response on or before January 19, 2004.

```
YOUNG D.J.
     MOTION ALLOWED
By the Court
_____
Deputy Clerk   1-7-04
```

ROPES & GRAY LLP

By: /s/ John D. Donovan / by BRD

John D. Donovan
One International Place
Boston, Massachusetts 02110
(617) 951-7000
*Attorneys for the Putnam Fund Defendants*

SKADDEN ARPS SLATE MEAGHER &
FLOM LLP

By: /s/ James R. Carroll / by BRD

James R. Carroll
One Beacon Street
Boston, Massachusetts 02108
*Attorneys for the Putnam Management
Defendants*

PIPER RUDNICK LLP

By: /s/ John A.D. Gilmore / by BRD

John A.D. Gilmore
One International Place
Boston, Massachusetts 02110
(617) 406-6000
*Attorneys for Omid Kamshad*

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY and POPEO, P.C.

By: /s/ John F. Sylvia / by BRD

John F. Sylvia
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000
*Attorneys for Justin Scott*

BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO

By: /s/ Norman Berman / by BRD

Norman Berman
One Liberty Square
Boston, Massachusetts 02109
(617) 542-8300
*Attorneys for Plaintiffs*

WILKIE FARR & GALLAGHER LLP

By: _____

Stephen W. Greiner
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000
*Attorneys for Marsh & McClennan Cos., Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 1/06/04

SO ORDERED

_____
, U.S.D.J.