SCANNED
DATE: 1-20-04
BY: CMG

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 JAN 16 P 4:49

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| ROCHELLE MEYER, ROTH IRA CUSTODIAN, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PUTNAM INTERNATIONAL VOYAGER FUND n/k/a PUTNAM INTERNATIONAL CAPITAL OPPORTUNITIES FUND, PUTNAM EUROPE GROWTH FUND n/k/a PUTNAM EUROPE EQUITY FUND, PUTNAM INTERNATIONAL GROWTH FUND n/k/a INTERNATIONAL EQUITY FUND, PUTNAM GLOBAL EQUITY FUND, PUTNAM INVESTMENT MANAGEMENT TRUST, PUTNAM INVESTMENT MANAGEMENT LLC, MARSH & MCLENNAN CORP., INC., OMID KAMSHAD, and JUSTIN M. SCOTT,<br><br>Defendants. | Civil Action No. 03 CV 12214 (DPW) |

## STIPULATION AND ~~[PROPOSED]~~ ORDER

The undersigned parties hereby stipulate and agree that the time within which all defendants shall have to answer, move, or otherwise respond to the complaint is enlarged to, and shall include, fourteen (14) days after the Court's decision on the Plaintiff's Motion to Remand.

Dated: January 16, 2004
Boston, Massachusetts

ROPES & GRAY LLP

By: /s/ Richard D. Batchelder

John D. Donovan (BBO#130950)
Richard D. Batchelder, Jr. (BBO#556653)
One International Place
Boston, Massachusetts 02110
(617) 951-7000
*Attorneys for the Putnam Fund Defendants*

PIPER RUDNICK LLP

By: /s/ John A.D. Gilmore /RDB

John A.D. Gilmore (BBO#193060)
One International Place
Boston, Massachusetts 02110
(617) 406-6000
*Attorneys for Omid Kamshad*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ James R. Carroll /RDB

James R. Carroll (BBO#554426)
One Beacon Street
Boston, Massachusetts 02108
*Attorneys for the Putnam Management Defendants*

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.

By: /s/ John F. Sylvia /RDB

John F. Sylvia (BBO#555581)
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000
*Attorneys for Justin Smith*

BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO

By: /s/ Christine M. Fox /RDB

Norman Berman
One Liberty Square
Boston, Massachusetts 02109
(617) 542-8300

Frederic S. Fox
Joel B. Strauss
Christine M. Fox
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

Laurence D. King
KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street, Suite 1501
San Francisco, CA 94111

LAW OFFICE OF KENNETH A. ELAN
217 Broadway, Suite 606
New York, NY 10007

*Attorneys for Plaintiffs*

WILLKIE FARR & GALLAGHER LLP

By: _/s/ Stephen W. Greiner/RMB_

Stephen W. Greiner
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000
*Attorneys for Marsh & McClennan Cos., Inc.*

SO ORDERED

_/s/ William G. Young_
U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first-class mail on January 16, 2004.

*Elizabeth Latif*
Elizabeth A. Latif, Esq.