IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROCHELLE MEYER, ROTH IRA CUSTODIAN, On Behalf of Herself and All Others Similarly Situated,

                Plaintiff,

v.

PUTNAM INTERNATIONAL VOYAGER FUND n/k/a PUTNAM INTERNATIONAL CAPITAL OPPORTUNITIES FUND, PUTNAM EUROPE GROWTH FUND n/k/a PUTNAM EUROPE EQUITY FUND, PUTNAM INTERNATIONAL GROWTH FUND n/k/a INTERNATIONAL EQUITY FUND, PUTNAM GLOBAL EQUITY FUND, PUTNAM INVESTMENT MANAGEMENT TRUST, PUTNAM INVESTMENT MANAGEMENT LLC, MARSH & MCLENNAN CORP., INC., OMID KAMSHAD, and JUSTIN M. SCOTT,

                Defendants.

Case Number: 03-12214 (WGY)

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFF'S
MOTION TO REMAND THIS ACTION TO THE SUFFOLK
SUPERIOR COURT, DEPARTMENT OF THE TRIAL COURT
<u>OF THE COMMONWEALTH OF MASSACHUSETTS</u>**

Plaintiff Rochelle Meyer respectfully requests leave of the Court to file the Reply Memorandum of Law in Further Support of Plaintiff's Motion to Remand this Action to the Suffolk Superior Court, Department of the Trial Court of the Commonwealth of Massachusetts, attached hereto as Exhibit A.

As grounds for her motion, plaintiff states as follows:

1. In opposing plaintiff's remand motion, defendants, in their memorandum of law, raise arguments not raised in their Notice of Removal; and

2. Defendants do not oppose plaintiff's request to file a reply. *See* Stipulation and [Proposed] Order, attached hereto as Exhibit B.

Dated: January 20, 2004

CERTIFICATE OF SERVICE
I hereby certify that on 1/20/04 a true copy of the above document was served by mail/by hand upon the attorney of record for each other party per the attached service list.

BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO LLP

Norman Berman, BBO #040460
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300
Fax: (617) 542-1194

KAPLAN FOX & KILSHEIMER LLP
Frederic S. Fox
Joel B. Strauss
Christine M. Fox
805 Third Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

KAPLAN FOX & KILSHEIMER LLP
Laurence D. King
555 Montgomery Street, Suite 1501
San Francisco, CA 94111
Tel: (415) 772-4700
Fax: (415) 772-4707

Law Office of Kenneth A. Elan
217 Broadway, Suite 606
New York, NY 10007
Tel: (212) 619-0261
Fax: (212) 385-2707

*Counsel for Plaintiff and the Proposed Class*

2

## SERVICE LIST

Norman Berman, Esq.
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300

Kenneth A. Elan, Esq.
**LAW OFFICE OF KENNETH A. ELAN**
217 Broadway, Suite 606
New York, NY 10007
Telephone: (212) 619-0261

Frederic S. Fox, Esq.
Joel B. Straus, Esq.
Christine M. Fox, Esq.
**KAPLAN FOX & KILSHEIMER LLP**
805 Third Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 687-1980

Laurence D. King, Esq.
**KAPLAN FOX & KILSHEIMER LLP**
555 Montgomery Street, Suite 1501
San Francisco, CA 94111
Telephone: (415) 772-4700

*Plaintiffs Counsel*

John F. Sylvia, Esq.
**MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, P.C.**
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000

*Counsel for Justin M. Scott*

John A.D. Gilmore, Esq.
**PIPER RUDNICK**
One International Place, 21st Floor
Boston, MA 02110-2600
Telephone: (617) 406-6000

*Counsel for Omid Kamsha*


John d. Donovan, Jr., Esq.
Richard D. Batchelder, Jr., Esq.
**ROPES & GRAY**
One International Place
Boston, MA 02110-2624
Telephone: (617) 951-7000

*Counsel for the Putnam Fund Defendants*


Seth M. Schwartz, Esq.
Betsy A. Hellman, Esq.
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM**
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000

*Counsel for the Putnam Management Defendants*