# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

March 2, 2004

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Re: MDL-1586 -- In re Mutual Funds Investment Litigation

    Rochelle Meyer, etc. v. Putnam International Voyager Fund, et al.,
        D. Massachusetts, C.A. No. 1:03-12214

Dear Ms. Cannon:

I am enclosing a certified copy of an order filed today by the Judicial Panel on Multidistrict Litigation involving this matter.

        Very truly,

        Michael J. Beck
        Clerk of the Panel

        By _____
                Deputy Clerk

Enclosure

cc:    Transferee Judges:  Judge J. Frederick Motz; Judge Andre M. Davis;
                                   Judge Frederick P. Stamp, Jr.
    Transferor Judge:   Judge William G. Young
    Transferor Clerk:   Tony Anastas, Clerk

JPML Form 87

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 0 2 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 1586

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

*Rochelle Meyer, etc. v. Putnam Inrternational Voyager Fund, et al.*, D. Massachusetts, C.A. No. 1:03-12214

### ORDER VACATING TRANSFER ORDER

On February 20, 2004, the Panel filed an initial transfer order in this docket centralizing 96 actions, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings in the District of Maryland before the Honorable J. Frederick Motz, the Honorable Andre M. Davis and the Honorable Frederick P. Stamp, Jr. This District of Massachusetts action (*Meyer*) was included in the Panel's initial transfer order. The Panel subsequently learned, however, that *Meyer* was remanded to Massachusetts state court by the Honorable William G. Young in an order signed on January 6, 2004.

IT IS THEREFORE ORDERED that the Panel's transfer order in this docket filed on February 20, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

/s/ Wm. Terrell Hodges

Wm. Terrell Hodges
Chairman